

# Fourth Court of Appeals
## San Antonio, Texas

November 23, 2020

No. 04-20-00495-CV

**IN RE** Alicia P. **WILLEFORD**

Original Mandamus Proceeding[1]

Sitting: Rebeca C. Martinez, Justice
    Patricia O. Alvarez, Justice
    Irene Rios, Justice

Real party in interest, Jimmy Willeford's response was originally due on October 22, 2020. One extension of time has been granted to November 12, 2020. On November 20, 2020, Willeford filed a motion requesting a twenty-one day-extension to file a response.

The motion is GRANTED and the response is due **no later than December 11, 2020**. Counsel for Mr. Willeford is cautioned that further delays in filing the response are disfavored.

It is so **ORDERED** on November 23, 2020.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018-CI-11792, styled *in the Matter of the Marriage of Alicia P. Willeford and Jimmy D. Willeford*, pending in the 408th Judicial District Court, Bexar County, Texas. The Honorable Richard Price issued the order at issue in this original proceeding.